**KENTWOOD LIMITED, Plaintiff,**

v.

**UNITED STATES of America, William R. Watson, III, Sea Legs, Inc. d/b/a/ Sea Tow Services Hampton Roads, and Sea Tow Services International, Inc., in personam, Defendants.**

**Civil Action No. 2:96cv58.**

United States District Court,
E.D. Virginia,
Norfolk Division.

Jan. 15, 1997.

John E. Holloway, Hunton & Williams, Norfolk, VA, for William R. Watson, III and Sea Legs, Inc.

David H. Sump, Crenshaw, Ware & Martin, P.L.C., Norfolk, VA, for Plaintiff.

Richard T. Buckingham, Torts Branch, Civil Division, U.S. Dept. of Justice, Washington, D.C., Anita K. Henry, Asst. U.S. Atty., Norfolk, VA, for U.S.

## CONSENT ORDER

CLARKE, District Judge.

By agreement of the parties and for good cause shown, the Court vacates its Memorandum and Order entered June 19, 1996.